RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk



𝔅efore the 𝔓residing 𝔍udge
of the 𝔈ighth 𝔄dministrative 𝔍udicial �export Region of 𝔗exas

CAUSE NO. F47171A

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | JOHNSON COUNTY, TEXAS |
| | * | |
| MICHAEL PAUL LAVOIE | * | 18ᵀᴴ JUDICIAL DISTRICT |

## ORDER DENYING MOTION TO RECUSE

On the 17th day of February, 2015 came on to be considered the *Defendant's Motion To Recuse the Trial Judge Johnny Neill* filed in the above-entitled cause. A motion seeking to recuse a judge:

1)    Must assert a ground listed Rule 18b; T.R.CP. 18a (a) (2);

2)    May not be based solely on the judge's ruling. T.R.C.P. 18a (a) (3).

3)    State with detail and particularity facts that would be sufficient to justify recusal. T.R.C.P. 18a (a) (4).

A motion to recuse that does not comply with rules may be denied without an oral hearing. T.R.C.P. 18a (g) (3). I have considered the motion and have determined that it does not assert a ground listed under Rule 18b, it based on the judge's prior ruling and/or it fails to state facts that would be sufficient to justify recusal.

**IT IS THEREFORE ORDERED** that *Defendant's Motion To Recuse the Trial Judge*

*Johnny Neill* is **DENIED** for the reasons stated above.

SIGNED this 17th day of February 2015.

DAVID L. EVANS, PRESIDING JUDGE